UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THE GOLUB CORPORATION

                     Plaintiff,

-against-                                   Civil Action No. 1:16-CV-261 (FJS/DJS)

KLT INDUSTRIES, INC.,

                                                          **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

                     Defendant.
_____

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their undersigned respective counsel that the above-captioned action is voluntarily dismissed, without prejudice to refile against the Defendant KLT INDUSTRIES, INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/ Jonathan A. Kaplan* | */s/ Patrick J. Saccocio* |
| Jonathan A. Kaplan, Esq. | Patrick J. Saccocio, Esq. |
| Bar Number: 520025 | Bar Number: 104544 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Pullman & Comley, LLC | Parisi, Coan & Saccocio, PLLC |
| 90 State House Square | 376 Broadway, 2nd Floor |
| Hartford, Connecticut 06103-3702 | Schenectady, New York 12305 |
| Telephone: (860) 424-4300 | Telephone: (518) 377-9096 |
| Fax: (860) 424-4370 | Fax: (518) 377-9108 |
| Email: jkaplan@pullcom.com | E-Mail: psaccocio@pandslaw.com |
| | |
| Dated: June 16, 2017 | Dated: June 16, 2017 |

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: June 19, 2017
Syracuse, NY